181 So. 922

### Dick MENDELSOHN v. STATE.

#### 6 Div. 246.

Court of Appeals of Alabama.
May 17, 1938.

Edw. De Graffenried, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

181 So. 922

### Patsie MERRILL v. CITY OF GUNTERS-VILLE.

#### 8 Div. 635.

Court of Appeals of Alabama.
May 24, 1938.

Wm. C. Rayburn, of Guntersville, for appellant.

Claud D. Scruggs, of Guntersville, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 918

### Osie Bee MERRIWETHER v. CITY OF TUSCALOOSA.

#### 6 Div. 326.

Court of Appeals of Alabama.
Dec. 1, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

189 So. 922

### R. B. MERRYMAN v. STATE.

#### 6 Div. 431.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

186 So. 922

### Champ MILLER v. STATE.

#### 7 Div. 377.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.